UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

UNITED STATES OF AMERICA,

　　　　-against-

FELIX BRUNO,

　　　　　　　Defendant.

08 CR 1060 (LAP)

ORDER

---

LORETTA A. PRESKA, Senior United States District Judge:

　　The defendant and counsel shall appear for a hearing on August 15, 2023 at 11:30 A.M. in Courtroom 12A.

**SO ORDERED.**

Dated:　　New York, New York
　　　　　July 6, 2023

_____
LORETTA A. PRESKA
Senior United States District Judge

1