Case 1:08-cr-01060-LAP   Document 24   Filed 07/10/23   Page 1 of 1

**ABATE & PREUSS**
**ATTORNEYS AT LAW**

———•O•———

333 Park Avenue South, Suite 3A, New York, NY 10010
TEL: (212) 227-9003 • FAX: (212) 937-2112

---

July 10, 2023

**VIA ECF AND EMAIL**

Hon. Loretta A. Preska
United States District Judge
Patrick M. Moynihan United States Courthouse
500 Pearl Street
New York, New York 10007

Re: *United States v. Felix Bruno*, 8 Cr. 1060 (LAP)
**Request for Postponement of VOSR Hearing**

Dear Judge Preska:

    I write to respectfully request a brief postponement of the hearing date in this case, currently scheduled for August 15, 2023 at 11:30 a.m. At that time I will be in the second week of a two week vacation in Europe.

    I will be returning on the Friday, August 18, and will be available to appear on any date the following week, August 21 to 25.

I have spoken to AUSA Rushmi Bhaskaran and Supervisory Probation Officer Daveena Tumasar, and they both consent to the postponement. AUSA Bhaskaran may be on trial but will send someone to cover for her.

    Thank you for your consideration of this matter.

*[Handwritten: The hearing is adjourned to September 7 at noon.]*

Sincerely,

*Camille M. Abate*

Camille M. Abate, Esq.

cc:    AUSA Rushmi Bhaskaran (via ECF)
        USPO Daveena Tumarsar (via ECF)

*SO ORDERED*
*Loretta A. Preska*
LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE
7/11/23